UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S. WHITE,

    Plaintiff,   No. C 06-4137 PJH

    v.   **ORDER**

MARSHA A. WHARFF, et al.,

    Defendants.

_____/

Plaintiff's motion to stay defendant United States of America's administrative request to consider whether the above-entitled action should be related to Case No. C-06-6884 PJH is DENIED as moot. The administrative request was filed on November 14, 2006, and the court issued an order relating the cases on November 17, 2006.

To the extent that plaintiff intends this motion as a request for reconsideration of the order relating the two cases, it is DENIED for the reason that he has not complied with the requirements of Civil Local Rule 7-9

**IT IS SO ORDERED.**

Dated: December 4, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California