IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S. WHITE,

    Plaintiff,

  v.

CONRAD L. COX, et al.,

    Defendants.
_____/

No. C-07-3815 MMC

**ORDER OF REFERRAL; CONTINUING CASE MANAGEMENT CONFERENCE**

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to <u>White v. Wharff, et al.</u>, 06-4137 PJH.  (<u>See</u> Pl.'s Case Management Statement, filed November 15, 2007 at 2:13-16; Pl.'s First Pet. and Compl., filed July 25, 2007.)

    In light of the instant referral, the Case Management Conference before the undersigned is hereby CONTINUED from November 30, 2007 to January 11, 2008 at 10:30 a.m.; a Joint Case Management Statement[1] shall be filed no later than January 4, 2008.

**IT IS SO ORDERED.**

Dated: November 19, 2007

                        _____
                        MAXINE M. CHESNEY
                        United States District Judge

---

[1] Plaintiff is hereby advised that the deadline for service of the summons and complaint upon defendants is November 23, 2007.  <u>See</u> Fed. R. Civ. P. 4(m).